PD-0607-15

CAUSE No. 05-14-00082-CR

JOSEPH BROWN

IN THE COURT OF

VS.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

CRIMINAL APPEALS

STATE OF TEXAS

AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME
## FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW PETITIONER, JOSEPH BROWN, AND RESPECTFULLY REQUESTS THIS COURT TO GRANT HIM A NINETY-DAY EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, IN SUPPORT OF REQUEST, PETITIONER STATES AS FOLLOWS.

1. PETITIONER DIRECT APPEAL JUDGEMENT WAS ENTERED ON APRIL 20, 2015.

2. PETITIONER RESPECTFULLY REQUESTS A NINETY-DAY EXTENSION OF TIME TO THOROUGHLY RESEARCH THE DECISION REACHED BY THE COURT OF APPEALS.

FOR THE FOREGOING, PETITIONER PRAYS THIS COURT GRANT THE REQUESTED RELIEF. HE FURTHER PRAYS FOR ANY OTHER AND FURTHER RELIEF WHICH THE COURT MAY DEEM JUST AND PROPER UNDER THE CIRCUMSTANCES.

RESPECTFULLY SUBMITTED.
Joseph Brown

1.